IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00229 AWI |
| | ) | |
| Plaintiff, | ) | ORDER REASSIGNING THIS |
| | ) | ACTION TO DISTRICT COURT |
| v. | ) | JUDGE WILLIAM B. SHUBB |
| | ) | |
| SONESAY RATHSAMY, | ) | |
| | ) | |
| Defendant. | ) | |

The court finds it necessary to reassign this action from the docket of District Court Judge Anthony W. Ishii to District Court Judge William B. Shubb.  See Local Rule Appendix A(f)(1). The Clerk of the Court is DIRECTED to reassign this action to District Court Judge William B. Shubb.

IT IS SO ORDERED.

Dated:   December 7, 2011                         _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE