1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant SONESAY RATHSAMY
5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    CASE NO. 1:11-CR-00229 AWI
                                 )
12       Plaintiff,              )    REQUEST FOR ORDER FOR
                                 )    WRIT OF HABEAS
13                               )    CORPUS AD TESTIFICANDUM
                                 )    TO BRING MATERIAL
14                               )    WITNESS LEE SAYSANASY TO
                                 )     DEFENDANT'S
15                               )    JURY TRIAL
                                 )
16                               )
                                 )    Trial: 12/13/2011
17                               )
    SONESAY RATHSAMY,            )    Witness needed: 12/14/2011, at.
18                               )     9:00 a.m.
         Defendant.              )
19  _____  )

20       **REQUEST FOR ORDER FOR WRIT OF HABEAS CORPUS
                      AD TESTIFICANDUM**
21
         TO THE HONORABLE ANTHONY W. ISHII, JUDGE OF THE ABOVE-
22
    ENTITLED COURT:
23
         Defendant SONESAY RATHSAMY, through his attorney KATHERINE
24
    HART, hereby petitions the Court for a Writ of Habeas Corpus Ad Testificandum
25
    for witness LEE SAYSANASY to be produced for trial.  The following facts and
26
    circumstances support this petition:
27

28                               1

1    That said LEE SAYSANASY is currently confined at the Fresno County Jail

2 under the control of the FRESNO COUNTY SHERIFF'S DEPARTMENT.  LEE

3 SAYSANASY was booked into the Fresno County Jail on November 13, 2011 and

4 is currently housed on Main Jail 6.  His Jail Identification Number is 0744191.  His

5 booking number is 114552.  His date of birth if 3/31/1970.  On November 16,

6 2011, he was interviewed by licensed private investigator RICHARD l. BARNES,

7 retained by the defense in the above-entitled case.  LEE SAYSANASY is a

8 material witness who was present at the time of the events giving rise to the charge

9 against defendant SONESAY RATHSAMY.  The presence of LEE SAYSANASY

10 is necessary to the defense, as defendant is calling all witnesses he can locate who

11 were present at the time of Defendant RATHSAMY's arrest for ex-felon in

12 possession of a weapon.

13    WHEREFORE, I respectfully request that the Clerk of the Court be directed

14 to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM commanding the

15 United States Marshals of the Eastern District and the FRESNO COUNTY

16 SHERIFF'S DEPARTMENT to take LEE SAYSANASY, I.D. Number 0744191

17 into their custody and to produce LEE SAYSANASY in the United States

18 Courthouse in Fresno, California on December 14, 2011, the second day of the jury

19 trial scheduled to begin December 13, 2011, and continuing until such time as his

20 testimony is complete.

21

22                                          Respectfully submitted,

23

24

25 DATED: December 7, 2011          /s/ Katherine Hart
                                  KATHERINE HART, Attorney for
26                                SONESAY RATHSAMY

27

28                                          2

1

2 KATHERINE HART #76715
Attorney at Law
3 2055 San Joaquin
Fresno, Ca. 93721
4 Telephone: (559) 256-9800
Facsimile: (559) 256-9798

5 Attorney for Defendant SONESAY RATHSAMY

6

7

8

9 **IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00229 AWI |
| Plaintiff, ) | ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO THE FRESNO COUNTY SHERIFF'S DEPARTMENT AND TO THE MARSHAL'S OFFICE, EASTERN DISTRICT, TO BRING MATERIAL WITNESS LEE SAYSANASY TO TESTIFY |
| SONESAY RATHSAMY, ) | Witness needed: 12/14/2011, at 9:00 a.m. |
| Defendant. ) | |

20 GOOD CAUSE APPEARING, it is hereby ordered as follows:

21 That LEE SAYSANASY, inmate in the Fresno County Jail, Inmate Number

22 0744191, Booking Number 114552, Housing Facility: MJ, 06, 0B, is to be released

23 by the FRESNO COUNTY SHERIFF'S DEPARTMENT, SHERIFF MARGARET

24 MIMS, to the custody of federal marshals from the Eastern District of California,

25 to be transported to the Eastern District Courthouse at 2500 Tulare Street, Eighth

26 Floor, courtroom of the Honorable ANTHONY W. ISHII (or his designee), to
27

28 3

1  testify in the trial of the above-entitled case on Wednesday, December 14, 2011,

2  or as soon thereafter as may be arranged.  At the conclusion of his testimony,

3  inmate LEE SAYSANASY is to be returned by the Federal Marshals to the Fresno

4  County Jail and returned to the custody of the  FRESNO COUNTY SHERIFF'S

5  DEPARTMENT, under the direction of SHERIFF  MARGARET MIMS.

6  IT IS SO ORDERED.

7

   Dated:    December 7, 2011

8                                                CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                             4