UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. 1:11-0229 WBS |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR JUDGMENT OF ACCQUITTAL OR NEW TRIAL |
| SONESAY RATHSAMY, | |
| Defendant. | |

----oo0oo----

Defendant moves for judgment of acquittal or a new trial, pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure, upon the ground that the evidence at trial was insufficient to support the verdict of the jury. Having presided at the trial, the court is familiar with the evidence. As the parties are also familiar with the evidence presented at trial, the court need not summarize it in detail here. The direct eye-witness testimony of Sgt. Michael Smith was corroborated by other circumstantial evidence. The court cannot conclude that no rational trier of fact could have found the essential elements of the crime charged beyond a reasonable doubt.

1

1  The court responded to the jury's written question in the
2 way agreed to by defense counsel.  From the court's instructions,
3 there was no way the jury could have concluded that defendant could be
4 found guilty if he had simply seen someone else place the gun in the
5 closet.
6  Defendant's motion for judgment of acquittal or new trial is
7 therefore DENIED.
8 DATED:   December 29, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE