UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SONESAY RATHSAMY,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.

CV. No. 1:13-240 WBS
CR. No. 1:11-229 WBS

ORDER

----oo0oo----

On February 15, 2013, petitioner Sonesay Rathsamy, proceeding pro se, filed a motion pursuant to 28 U.S.C. § 2255. The United States shall file an opposition to petitioner's motion no later than April 15, 2013. Petitioner may then file a reply no later than April 29, 2013. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

DATED: March 7, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1