UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SONESAY RATHSAMY,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.

       CV. No. 1:13-240 WBS
       CR. No. 1:11-229 WBS

       ORDER

----oo0oo----

        Defendant Sonesay Rathsamy has filed a timely petition for habeas corpus relief under 28 U.S.C. § 2255 to set aside, vacate or correct his sentence. For the reasons set forth in the government's response (Docket No. 56), the petition must be denied.

        Defendant's argument challenging the weight of the evidence against him is not cognizable in a § 2255 proceeding. See United States v. Berry, 624 F.3d 1031, 1038 (9th Cir. 2010).

        Defendant's argument of ineffective assistance of counsel fails because he has not satisfied the Strickland v. Washington, 466 U.S. 668, 687-88 (1984), test of showing counsel's performance fell below an objective standard of

1

1 | reasonableness.  Contrary to defendant's assertions, his attorney
2 | filed a thorough sentencing memorandum which argued for a downward
3 | adjustment due to many factors, including defendant's immigration
4 | status.
5 |      Defendant's conclusory allegations challenging the accuracy
6 | of the Presentence Report are without merit.
7 |      IT IS THEREFORE ORDERED that defendant's petition to set
8 | aside, vacate or correct his sentence pursuant to 28 U.S.C. § 2255 be,
9 | and the same hereby is, DENIED.

DATED:  May 1, 2013

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE