1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

10   SONESAY RATHSAMY,

11          Petitioner,

12

13          v.

UNITED STATES OF AMERICA,

14

15          Respondent.

CV. No. 1:13-240 WBS
CR. No. 1:11-229 WBS
Court of Appeals No. 13-16178

ORDER DENYING CERTIFICATE OF
APPEALABILITY

16

17                            ----oo0oo----

18          This matter is back before this court on remand from

19   the Court of Appeals pursuant to the Order of Appellate

20   Commissioner Peter L. Shaw, for the limited purpose of granting

21   or denying a certificate of appealability from this court's Order

22   of May 2, 2013 denying defendant's petition under 28 U.S.C. §

23   2255.  A certificate of appealability may issue under 28 U.S.C.

24   § 2253 "only if the applicant has made a substantial showing of

25   the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

26          This court is unable to identify any issue that

27   petitioner can demonstrate is "'debatable among jurists of

28   reason,'" could be resolved differently by a different

1

1  court, or is "'adequate to deserve encouragement to proceed

2  further.'" See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th

3  Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893

4  (1983)).  For the reasons spelled out in this court's Order of

5  May 2, 2013, this court finds that petitioner has not made a

6  substantial showing of the denial of a constitutional right.

7          IT IS THEREFORE ORDERED that a certificate of

8  appealability be, and the same hereby is, DENIED.  The Clerk is

9  ordered to forward a copy of this order to the Clerk of the

10 United States Court of Appeals for the Ninth Circuit forthwith.

11 DATED:  July 17, 2013

12

13 _____

14 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28