UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00229-DAD-JLT |
|---|---|
| Plaintiff, | <u>ORDER GRANTING DEFENDANT'S REQUEST AND RECOMMENDING DESIGNATION TO THE BOP MENDOTA CORRECTIONAL INSTITUTION</u> |
| v. | |
| SONESAY RATHSAMY, | (Doc. 89) |
| Defendant. | |

The court has reviewed defense counsel's request for this court to make a housing recommendation (Doc. 89). Good cause appearing and no objection having been made by the government, this court recommends to the Federal Bureau of Prisons, that Sonesay Rathsamy be housed at the Federal Bureau of Prisons, Mendota Correctional Institution in Mendota, California. This recommendation is made only to the extent it is consistent with security classification and space availability. The Clerk is directed to include the recommendation in the judgment and commitment order.

IT IS SO ORDERED.

Dated: **March 7, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1